UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>        Plaintiff,<br><br>vs.<br><br>MATHEW SAYRE,<br><br>        Defendant. | Case No. 3:23-cv-00378 |

### ENTRY OF DEFAULT JUDGMENT AND DECLARATORY JUDGMENT

THIS MATTER having come before the Court upon Plaintiff North American Company for Life and Health Insurance's Motion For Default Judgment, the Declaration Of Rachel Yaggi submitted therewith, and the filings referenced therein; and the defendant, Mathew Sayre ("Mr. Sayre") having been duly served with a copy of the summons and complaint in the above-captioned action; and Mr. Sayre having been defaulted for failure to timely answer or otherwise timely move as to the complaint; and the Court having reviewed the moving papers; and having considered the matter and good cause appearing:

IT IS ON THIS 16th day of November 2023,

**ORDERED** that the Motion For Default Judgment is GRANTED against defendant Mathew Sayre; and it is further

**ORDERED** that Final Judgment by Default is entered in favor of plaintiff North American Company For Life and Health Insurance and against defendant Mathew Sayre; and it is further

**ORDERED** that North American Company for Life and Health Insurance policy number LB42126699 is hereby rescinded and is void *ab initio*.

_____
Honorable Judge William M. Conley